# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 24-CR-00014 (RDM) |
| **DEIONTA PERSON,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Omeed A. Assefi is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: January 8, 2024    By:    */s/ OAA*
OMEED A. ASSEFI
DC Bar No. 252705
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Omeed.Assefi3@usdoj.gov
(202) 803-1645

## CERTIFICATE OF SERVICE

On this 8th day of January 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ OAA
OMEED A. ASSEFI
Assistant United States Attorney